UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-14137-ROSENBERG/MAYNARD

MATTHEW RODRIGUEZ and
JASON FUNK, individually and
on behalf of those similarly situated,

      Plaintiffs,

v.

JPAY, INC.,
KEEFE COMMISSARY NETWORK, LLC, and
MARK INCH, in his official capacity
as Secretary of the Florida Department of
Corrections.

      Defendants.
_____/

**NOTICE OF NO INTENTION TO OBJECT**
**TO REPORT AND RECOMMENDATION**

In accordance with this Court's Order Dated October 16, 2019, Plaintiffs hereby file this notice that they do not intend to object to the Report and Recommendation [D.E. 93].

Dated: October 22, 2019

                              Respectfully submitted,

                              By: *Scott D. Hirsch*
                              Scott David Hirsch
                              **SCOTT HIRSCH LAW GROUP**
                              7301 W Palmetto Park Road
                              Suite 207A
                              Boca Raton, FL 33433
                              (561) 569-7062
                              Email: scott@scotthirschlawgroup.com

        Joshua Michael Entin
**ENTIN LAW GROUP P.A.**
633 S. Andrews Avenue
Suite 500
Ft. Lauderdale, FL 33301
954-761-7201
Fax: 954-764-2443
Email: josh@entinlaw.com

Erika Denise Rodriguez
**RODRIGUEZ LAW & ADVOCACY, P.A.**
7301 W Palmetto Park Road
Suite 207A
Boca Raton, FL 33433
561-800-4177
Email: Erika@rodriguezlawpa.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 22, 2019 with the Clerk of Court using CM/ECF which caused a copy to be served on all counsel of record.

      *Scott D. Hirsch*
      Scott D. Hirsch