UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:19-CV-14137-ROSENBERG/MAYNARD

MATTHEW RODRIGUEZ and
JASON FUNK, *individually and
on behalf of those similarly situated*,

     Plaintiffs,

v.

JPAY, INC., KEEFE COMMISSARY
NETWORK, LLC, and MARK S. INC.,
*in his official capacity as Secretary of the
Florida Department of Corrections*,

     Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS, COMPELLING ARBITRATION, AND STAYING CASE

**THIS CAUSE** comes before the Court on Defendant JPay, Inc.'s Motion to Compel Bilateral Arbitration and to Stay All Proceedings [DE 25] and Defendant Keefe Commissary Network, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint [DE 63]. The Court previously referred these motions to Magistrate Judge Shaniek M. Maynard for a Report and Recommendation. DE 34 and 66.

On October 16, 2019, Judge Maynard issued a Report and Recommendation in which she recommended that Defendant JPay, Inc.'s Motion to Compel Bilateral Arbitration be granted and that this case be stayed pending resolution of arbitration. DE 93. Plaintiffs and Defendant JPay, Inc. have filed Notices stating that they do not intend to object to the Report and Recommendation. DE 95 and 97. The Court has conducted a *de novo* review of the record and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in

the Report and Recommendation [DE 93] and finds Judge Maynard's recommendation to be well reasoned and correct.

On October 21, 2019, Judge Maynard issued a Report and Recommendation in which she recommended that Keefe Commissary Network, LLC's Motion to Dismiss be granted. DE 94. Judge Maynard recommended that Count Five (FDUPTA) be dismissed without prejudice and with leave to amend and that Counts One (Fraudulent Inducement), Two (Breach of Contract), Three (Conversion), and Seven (Unjust Enrichment) be dismissed with prejudice. Plaintiffs and Defendant Keefe Commissary Network, LLC have filed Notices stating that they do not intend to object to the Report and Recommendation. DE 98 and 99. The Court has conducted a *de novo* review of the record and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation [DE 94] and finds Judge Maynard's recommendation to be well reasoned and correct.

In addition, Defendant Mark S. Inch has filed a Motion to Dismiss Second Amended Complaint and/or Motion to Transfer Venue. DE 72. The Court previously referred that Motion to Judge Maynard for a Report and Recommendation. DE 73. On October 30, 2019, Judge Maynard issued a Report and Recommendation in which she recommended that the Motion be denied. DE 100. Any objections to the Report and Recommendation currently are due by November 13, 2019.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that:

1. Magistrate Judge Maynard's Report and Recommendation [93] is **ADOPTED** as the Order of the Court.

2. Defendant JPay, Inc.'s Motion to Compel Bilateral Arbitration and to Stay All Proceedings [DE 25] is **GRANTED**.

3. Plaintiffs and Defendant JPay, Inc. are to **PROCEED WITH ARBITRATION**.

4. Magistrate Judge Maynard's Report and Recommendation [94] is **ADOPTED** as the Order of the Court.

5. Defendant Keefe Commissary Network, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint [DE 63] is **GRANTED**.

6. Count Five (FDUPTA) of the Second Amended Complaint [DE 56] is dismissed without prejudice and with leave to amend. Counts One (Fraudulent Inducement), Two (Breach of Contract), Three (Conversion), and Seven (Unjust Enrichment) of the Second Amended Complaint are dismissed with prejudice.

7. This case is **STAYED** pending arbitration. The Clerk of Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**. All hearings are **CANCELLED**.

8. Due to the stay in this case, Plaintiffs are relieved of the deadline to amend Count Five (FDUPTA) and Defendant Mark S. Inch is relieved of the deadline to file objections to the Report and Recommendation [DE 73] or to otherwise answer the Complaint. Those deadlines will be reinstated when the stay is lifted.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 31st day of October, 2019.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE